

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC

Civil Action No. 18-cv-02878-GBD

Plaintiff(s)

**AFFIDAVIT OF SERVICE**

v.

**GEORGE SUN**

Defendant(s)

---------------------------------------------------------------/

STATE OF NEW YORK )
                 S.S.
COUNTY OF NEW YORK)

**NELSON CARVAJAL**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 17th day of September, 2018, at approximately the time of 1:10pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT –ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT; NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT; and MEMO** upon **GEORGE SUN** at 200 East 27th Street, Apartment 2P, New York, NY 10016 by personally delivering and leaving the same with **GEORGE SUN** at that address. At the time of service, deponent asked **GEORGE SUN** whether he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**GEORGE SUN** is a tan Asian male, approximately 38 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds with brown hair and brown eyes wearing glasses.

_____
NELSON CARVAJAL, #2067766

Sworn to before me this
19th day of September, 2018

_____
NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com